UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JIABAO, INC. AND YI ZHANG                                        APPELLANTS

vs.                                  No. 23-1174

LACY GUYTON                                                          APPELLEE

### APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPENDIX, BRIEF AND ADDENDUM

Comes now the undersigned counsel, Josh Q. Hurst, and for Appellants' Motion for Extension of Time to File Appendix, Brief and Addendum, pursuant to the Eighth Circuit Court Rules, and states:

1. The Appellants' appendix, brief and addendum are presently due in this Court on Wednesday, April 12, 2023.

2. That Mr. Hurst's trial schedule became more congested than expected the past couple of weeks.

3. That on Tuesday, April 11, 2023, there was a power outage for Mr. Hurst's office and the surrounding blocks including the Garland County Courthouses causing the loss of some stored data. Some of the data was research related to this appeal.

4. That Mr. Hurst is respectfully requesting one more extension of time for seven (7) days from April 12, 2023, to complete the appendix, brief and

i

Appellate Case: 23-1174     Page: 1     Date Filed: 04/12/2023 Entry ID: 5264752

addendum.

5. The need for additional time is for cause and not for purposes of delay, and this extension motion will not unfairly prejudice any party.

WHEREFORE, Appellants ask that this Court grant the requested Motion for Extension of Time to File Appendix, Brief and Addendum, of seven (7) days from the present due date, as well as all other relief to which the Appellants may be entitled.

Respectfully Submitted,

By: /s/ Josh Q. Hurst
Josh Q. Hurst, Ark. Bar # 2005021
518 Ouachita Avenue
Hot Springs, Arkansas 71901
(501) 623-2565 (Telephone)
(501) 623-9391 (Facsimile)
Josh@hurstlaw.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the word limit of Fed. R. App. P. 27(d) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 213 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word 2021 in 14 Times New Roman.

/s/ Josh Q. Hurst
Josh Q. Hurst

## CERTIFICATE OF SERVICE

I, Josh Q. Hurst, do hereby certify that on this 12th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Josh Q. Hurst
Josh Q. Hurst

Appellate Case: 23-1174    Page: 3    Date Filed: 04/12/2023 Entry ID: 5264752