# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1174

Lacy Guyton

Appellee

v.

JIABAO, Inc. and Yi Zhang

Appellants

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:21-cv-06165-RTD)

---

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until April 19, 2023 to file the brief and appendix.

April 12, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans