No. 23-1174

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **JIABAO, INC. and YI ZHANG** | **DEFENDANTS-APPELLANTS** |
| vs. | |
| **LACY GUYTON** | **PLAINTIFF-APPELLEE** |

*An Appeal from United States District Court for the
Western District of Arkansas, Case Number 6:21-cv-6165-RTD*

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

| | |
|---|---|
| APPELLEE'S COUNSEL: | JOSH SANFORD, ESQ. |
| | SANFORD LAW FIRM, PLLC |
| | KIRKPATRICK PLAZA |
| | 10800 FINANCIAL CENTRE PKWY SUITE 510 |
| | LITTLE ROCK, ARKANSAS 72211 |
| | TELEPHONE: (501) 221-0088 |
| | FACSIMILE: (888) 787-2040 |

Page 1 of 4
JIABAO, Inc., et al. v. Lacy Guyton
U.S.C.A. (8th Cir.) 23-1174
Appellee's First Motion for Extension of Time to File Brief

Appellate Case: 23-1174   Page: 1   Date Filed: 05/15/2023 Entry ID: 5277172

Appellee, by and through her counsel Colby Qualls and Josh Sanford of Sanford Law Firm, PLLC, for her First Motion for Extension of Time to File Brief, does hereby state as follows:

1. Appellee's Brief is currently due on May 18.

2. Appellee seeks an extension of 7 days to file her Brief, up to and including May 25.

3. The extension sought is for good cause and will not cause undue prejudice to Appellants.

4. The parties have conferred. The motion is unopposed.

WHEREFORE, premises considered, Appellee respectfully requests this Court to grant this Motion and extend Appellee's time to file her Brief by 7 days, up to and including May 25, 2023.

Respectfully submitted,

**APPELLEE LACY GUYTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 4
JIABAO, Inc., et al. v. Lacy Guyton
U.S.C.A. (8th Cir.) 23-1174
Appellee's First Motion for Extension of Time to File Brief

Appellate Case: 23-1174   Page: 2   Date Filed: 05/15/2023 Entry ID: 5277172

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Appellee, furnishes the following in compliance with Fed. R. App. P. 32(g)(1):

1. Appellee's First Motion for Extension of Time to File Brief (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because the Motion contains 114 words, excluding any accompanying documents exempted by Fed. R. App. P. 32(f).

2. The Motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because the Motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2017 in 14-point, Georgia.

3. I further certify that, in accordance with Eighth Circuit Rule 25A(g), the Motion was generated as a PDF file by printing from the original Microsoft Word file so that the text of the digital version may be searched and copied. The digital version of the Motion has been scanned for computer viruses, and is virus-free.

           */s/ Josh Sanford*
           **Josh Sanford**

Page 3 of 4
JIABAO, Inc., et al. v. Lacy Guyton
U.S.C.A. (8th Cir.) 23-1174
Appellee's First Motion for Extension of Time to File Brief

Appellate Case: 23-1174 Page: 3 Date Filed: 05/15/2023 Entry ID: 5277172

# CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that, on May 15, 2023, a true and correct copy of Appellee's MOTION FOR EXTENSION OF TIME TO FILE BRIEF, was served by email delivery on the following:

Josh Q. Hurst, Esq.
 josh@hurstlaw.org
HURST LAW GROUP, PLLC
518 Ouachita Avenue
Hot Springs, Arkansas 71901
Telephone: (501) 623-2565
Facsimile: (501) 623-9391

                                        */s/ Josh Sanford*
                                        **Josh Sanford**

Page 4 of 4
JIABAO, Inc., et al. v. Lacy Guyton
U.S.C.A. (8th Cir.) 23-1174
Appellee's First Motion for Extension of Time to File Brief

Appellate Case: 23-1174    Page: 4    Date Filed: 05/15/2023 Entry ID: 5277172