No: 23-1174

Lacy Guyton

Appellee

v.

JIABAO, Inc. and Yi Zhang

Appellants

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:21-cv-06165-RTD)

---

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until May 25, 2023 to file the brief.

May 16, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans