# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 06, 2023

Mr. Josh Q. Hurst
HURST LAW GROUP
518 Ouachita Avenue
Hot Springs, AR  71901

RE:  23-1174  Lacy Guyton v. JIABAO, Inc., et al

Dear Counsel:

The court has adopted a policy of screening all cases to determine whether or not oral argument is warranted. This case has been screened and selected for submission to a panel of judges on the briefs and record without oral argument.

If you object to the no argument classification, please submit your written response to this office within seven (7) days of receipt of this letter. Your response will be considered by a panel of judges, and you will be notified of the court's final decision concerning oral argument.

If you have any questions regarding the court's screening policy or procedure, please call this office.

Melissa Rudolph
Calendar Clerk

cc: Colby Qualls
    Josh Sanford

District Court/Agency Case Number(s):  6:21-cv-06165-RTD