# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 25, 2023

Mr. Josh Quincy Hurst
HURST LAW GROUP
518 Ouachita Avenue
Hot Springs, AR  71901

RE:  23-1174  Lacy Guyton v. JIABAO, Inc., et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc: Mr.  Clerk, U.S. District Court, Western Arkansas
    Colby Qualls
    Mr. Josh Sanford

District Court/Agency Case Number(s):   6:21-cv-06165-RTD